POTTER, APPELLANT, *v.* AMERISURE INSURANCE COMPANY, APPELLEE.

[Cite as *Potter v. Amerisure Ins. Co.* (1994) 70 Ohio St.3d 641.]

(No. 94–1401—Submitted September 20, 1994—Decided November 9, 1994.)

*Lallo & Feldman Co., L.P.A.,* and *Michael J. Feldman,* for appellant.

*Mansour, Gavin, Gerlack & Manos Co., L.P.A.,* and *Julius R. Gerlack,* for appellee.

The discretionary appeal is allowed; the judgment of the court of appeals is reversed and the judgment of the court of common pleas is reinstated on the authority of *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in the dissenting opinions in *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438.